# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dwight T. Neal,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>North Memorial Medical Center,<br><br>　　　　　Defendant. | Civ. No. 15-3943 (PJS/BRT)<br><br><br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated December 4, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　This action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 12/30/15　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge